Opinion filed November 15, 2007











 
 
  
 
 







 
 
  
 
 




Opinion filed November 15,
2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00193-CV

                                                    __________

 

                                        TOM DAVIS, JR., Appellant

 

                                                             V.

 

                                         TOM
DAVIS, SR., Appellee

 



 

                                         On
Appeal from the 358th District Court

 

                                                           Ector
County, Texas

 

                                              Trial
Court Cause No. D-109,397-A

 



 

                                              M E
M O R A N D U M   O P I N I O N

The
parties have filed in this court an agreed motion to dismiss this appeal.  The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

November 15,
2007

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.